UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20562-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA

vs.

ALEXIS RAMOS,
RAUL RAMOS Jr.,
GERMAN GALVEZ,
MANUEL CAMEJO,
GEORGE MORALES,
and
HIPOLITO GUZMAN,

        Defendants.
_____/

## ORDER UNSEALING CELLULAR TELEPHONE LOCATION DATA

THIS CAUSE came before the Court on the Government's Motion for Authorization to Disclose Sealed Cellular Telephone Location Data. The Court having reviewed the Motion and being fully advised in the matter, it is ORDERED and ADJUDGED that the items requested in magistrate case numbers 08-2727-BLG and 08-2512-CMM are hereby unsealed for purposes of discovery.

**DONE AND ORDERED** in Miami, Florida this ___9___ day of July, 2008.

                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE